IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI MOECK, in her capacity as parent and natural guardian of C.M. and A.M.; C.M., a minor; and A.M., a minor,<br>Plaintiffs<br><br>v.<br><br>PLEASANT VALLEY SCHOOL DISTRICT; DOUGLAS C. ARNOLD, Superintendent of Schools, Pleasant Valley School District; ANTHONY A. FADULE, Assistant Superintendent of Schools, Pleasant Valley School District; JOHN J. GRESS, Principal, Pleasant Valley School District; MARK GETZ, Wrestling Coach Pleasant Valley School District,<br>Defendants | No. 3:13cv1305<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 14th day of November 2013, the motion to dismiss filed by Defendants Pleasant Valley School District, Douglas C. Arnold, Anthony A. Fadule; and John Gress (Doc. 30) is granted in part and denied in part as follows:

1) The motion to dismiss Lori Moeck is **DENIED**. She is not a named party in her own right;

2) The motion is **DENIED** as moot with regard to state-law claims in Counts I and II because these counts contain no state-law claims;

3) The motion to dismiss the school district from Counts I and II is **DENIED**;

4) The motion to dismiss Counts I and II with regard to holding Defendants Arnold, Fadule and Gress liable on a basis of respondeat superior is **DENIED** because the plaintiff does not pursue such a theory of

liability;

     5) The motion to dismiss the Equal Protection claim in Counts I and II is **GRANTED** as unopposed;

     6) The motion to dismiss the Due Process claims from Counts I and II is **DENIED**;

     7) The motion to dismiss Defendants Arnold, Fadule and Gress from the Count II state-created danger claim is **GRANTED** as unopposed. The motion is **DENIED** as to the state-created danger claim against the school district. The school district and Defendant Getz remain as defendants under Count II;

     8) The motion to dismiss based upon qualified immunity is **DENIED; and**

     9) The motion to dismiss Count V, Title IX is **DENIED**.

                                                 **BY THE COURT:**

                                                 **s/ James M. Munley**
                                                 **JUDGE JAMES M. MUNLEY**
                                                 **United States District Court**