# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI MOECK**, in her capacity as parent and natural guardian of C.M. and A.M.; C.M., a minor; and A.M., a minor, | : : : : | No. 3:13cv1305 |
| Plaintiffs | : : | (Judge Munley) |
| v. | : : | |
| **PLEASANT VALLEY SCHOOL DISTRICT; DOUGLAS C. ARNOLD**, Superintendent of Schools, Pleasant Valley School District; **ANTHONY A. FADULE**, Assistant Superintendent of Schools, Pleasant Valley School District; **JOHN J. GRESS**, Principal, Pleasant Valley School District; **MARK GETZ**, Wrestling Coach Pleasant Valley School District, | : : : : : : : : : : : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 9th day of July 2014, the plaintiffs' motion to disqualify counsel (Doc. 53) is hereby **DENIED**.   The portion of the motion regarding discovery issues is **DENIED** without prejudice to the parties properly raising the issues if they cannot work them out between themselves.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**