# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI MOECK**, in her capacity as parent and natural guardian of C.M. and A.M.; C.M., a minor; and A.M., a minor,<br>　　　　　　　　**Plaintiffs**<br><br>　　　　v.<br><br>**PLEASANT VALLEY SCHOOL DISTRICT; DOUGLAS C. ARNOLD**, Superintendent of Schools, Pleasant Valley School District; **ANTHONY A. FADULE**, Assistant Superintendent of Schools, Pleasant Valley School District; **JOHN J. GRESS**, Principal, Pleasant Valley School District; **MARK GETZ**, Wrestling Coach Pleasant Valley School District,<br>　　　　　　　　**Defendants** | No. 3:13cv1305<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 15th of April 2016, it is hereby ordered as follows:

Defendant Mark Getz' motion for partial summary judgment (Doc. 123) is hereby **GRANTED**. Summary judgment is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendant Getz and against Pliantiff C.M., on the following counts:

　　Count I-excessive force/substantive due process;

　　Count II-state-created danger theory;

　　Count IV-intentional infliction of emotional distress.

We decline to exercise jurisdiction over the sole remaining count involving Defendant Getz, Count III, assault and battery. Count III is **DISMISSED** without prejudice.

　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　**s/ James M. Munley**
　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　**United States District Court**