# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORI MOECK**, in her capacity as parent and natural guardian of C.M. and A.M.; C.M., a minor; and A.M., a minor, | : : : : | No. 3:13cv1305 (Judge Munley) |
| Plaintiffs | : : | |
| v. | : : | |
| **PLEASANT VALLEY SCHOOL DISTRICT; DOUGLAS C. ARNOLD,** Superintendent of Schools, Pleasant Valley School District; **ANTHONY A. FADULE,** Assistant Superintendent of Schools, Pleasant Valley School District; **JOHN J. GRESS,** Principal, Pleasant Valley School District; **MARK GETZ,** Wrestling Coach Pleasant Valley School District, | : : : : : : : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 15th day of April 2016, the motion for summary judgment filed by defendants Arnold, Fadule, Gress, Pleasant Valley School District (Doc. 121) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of these defendants and against the plaintiffs.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**